IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 21-cv-02161-JDB |

**PROOF OF SERVICE**

I hereby certify that service of the summons and complaint was effected pursuant to Federal Rule of Civil Procedure 4(i)(2), 4(i)(1)(A)(i), and 4(i)(1)(B) as follows on Defendants the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); CENTERS FOR MEDICARE & MEDICAID SERVICES ("CMS"); UNITED STATES DEPARTMENT OF THE TREASURY ("Treasury"); INTERNAL REVENUE SERVICE ("IRS"); UNITED STATES DEPARTMENT OF LABOR ("DOL"); EMPLOYEE BENEFITS SECURITY ADMINISTRATION ("EBSA"); XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; JANET YELLEN, in her official capacity as Secretary of the Department of Treasury; CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service; DOUGLAS O'DONNELL, in his official capacity as Deputy Commissioner for Services and Enforcement; MARTIN J. WALSH, in his official capacity as Secretary of the Department of Labor; and ALI KHAWAR, in his official capacity as Acting Assistant Secretary for the Employee Benefits Security Administration:

1.       On August 13, 2021, pursuant to Rule 4(i)(2) and 4(i)(1)(A)(i), I caused a copy of the summons and complaint in the above-captioned case to be hand-delivered by courier to the United States Attorney's Office for the District of Columbia and to the Civil Process Clerk for the U.S. Attorney's Office for the District of Columbia. A copy of the proof of service attesting to such delivery is attached hereto as Exhibit 1.

2.       Also on August 13, 2021, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, addressed separately to the U.S. Attorney's Office for the District of Columbia pursuant to Rule 4(i)(2) and 4(i)(1)(A)(ii), the Attorney General of the United States pursuant to Rule 4(i)(2) and 4(i)(1)(B), and each Defendant pursuant to Rule 4(i)(2). A copy of the receipt for the certified mail is attached hereto as Exhibit 2. United States Postal Service tracking reports indicating that delivery of the summons and complaint has been made to each recipient are also attached hereto. The following chart lists the receipt number for each mailing, as shown on the receipt (Exhibit 2); the exhibit number for each tracking report; and the date of each delivery.

| Defendant | Receipt Number | Tracking Report | Delivery Date |
| --- | --- | --- | --- |
| U.S. Attorney's Office | 70172620000037907304 | Exhibit 3 hereto | August 20, 2021 |
| Attorney General | 70172620000037907311 | Exhibit 4 hereto | August 20, 2021 |
| HHS | 70172620000037907434 | Exhibit 5 hereto | August 19, 2021 |
| CMS | 70172620000037907427 | Exhibit 6 hereto | August 19, 2021 |
| Treasury | 70172620000037907410 | Exhibit 7 hereto | August 20, 2021 |
| IRS | 70172620000037907403 | Exhibit 8 hereto | August 20, 2021 |
| DOL | 70172620000037907397 | Exhibit 9 hereto | August 19, 2021 |
| EBSA | 70172620000037907380 | Exhibit 10 hereto | August 19, 2021 |

| **Defendant** | **Receipt Number** | **Tracking Report** | **Delivery Date** |
|---|---|---|---|
| Becerra | 7017262000037907373 | Exhibit 11 hereto | August 18, 2021 |
| Brooks-LaSure | 7017262000037907366 | Exhibit 12 hereto | August 19, 2021 |
| Yellen | 7017262000037907359 | Exhibit 13 hereto | August 20, 2021 |
| Rettig | 7017262000037907298 | Exhibit 14 hereto | August 19, 2021 |
| O'Donnell | 7017262000037907342 | Exhibit 15 hereto | August 19, 2021 |
| Walsh | 7017262000037907335 | Exhibit 16 hereto | August 20, 2021 |
| Khawar | 7017262000037907328 | Exhibit 17 hereto | August 19, 2021 |

Respectfully submitted,

Dated:  September 1, 2021

/s/  Helgi C. Walker
Helgi C. Walker, D.C. Bar No. 454300
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
HWalker@gibsondunn.com

*Attorney for Plaintiff Pharmaceutical Care Management Association*