UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                Defendants. | No. 1:21-cv-02161-JDB |

**CONSENT MOTION FOR EXTENSION OF TIME**

      Defendants, by and through undersigned counsel, respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a fourteen-day enlargement of time, up to and including October 26, 2021, to respond to the Complaint. Defendants respectfully submit that good cause exists for the requested extension, as explained below:

      1.      Plaintiff filed this action on August 12, 2021, raising challenges under the Administrative Procedure Act to certain portions of a rule jointly promulgated by the federal agency defendants. *See* Complaint, ECF No. 1.

      2.      The current deadline to respond to the Complaint is October 12, 2021.

      3.      Defendants submit that an extension of fourteen-days is warranted. The parties have been in discussions to explore whether there is a way to resolve this matter without further litigation. Those discussions have made some progress and Defendants believe they might lead to a resolution, which would further the interests of judicial economy and be a more efficient

outcome for the Court and the parties.  Additional time is needed to allow those discussions to proceed.

    4.     Defendants have not previously requested or received an extension of time in this matter.

    5.     Pursuant to Local Rule 7(m), the undersigned counsel contacted plaintiff's counsel and was informed that plaintiff consents to the relief sought in this Motion.

    6.     A proposed order is attached.

WHEREFORE, Defendant's motion for a fourteen-day extension of time, up to and including October 26, 2021, to respond to the Complaint should be granted.

Dated: October 12, 2021            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Civil Division

 /s/ Peter M. Bryce
PETER M. BRYCE
Illinois Bar No. 6244216
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

*Attorney for Defendants*