# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:21-cv-02161-JDB |
| UNITED STATES DEPARTMENT OF OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

Upon consideration of the defendants' Consent Motion for Extension of Time (the "Motion"), and for good cause shown, the Motion is hereby GRANTED.

It is hereby ORDERED that defendants' time to answer or otherwise respond to the complaint, ECF No. 1, is extended until October 26, 2021.

Dated: _____, 2021                        _____
                                                                              Hon. John D. Bates
                                                                              UNITED STATES DISTRICT JUDGE