UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-02161-JDB |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, by and through undersigned counsel, respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a fourteen-day enlargement of time, up to and including November 23, 2021, to respond to the Complaint. Defendants respectfully submit that good cause exists for the requested extension, as explained below:

1. Plaintiff filed this action on August 12, 2021, raising challenges under the Administrative Procedure Act to certain portions of a rule jointly promulgated by the federal agency defendants. *See* Complaint, ECF No. 1.

2. The Court has granted two short extensions of the deadline to respond to the Complaint so that the parties could explore the possibility of a negotiated resolution that would avoid the need for further litigation. The complaint is currently due November 9, 2021.

3. Defendants submit that an additional extension of fourteen-days is warranted. The parties have continued to explore whether there is a way to resolve this matter. Those

discussions have made further progress, and the parties are discussing details of a possible resolution. Defendant remains hopeful that this case can be resolved without the need for litigation, which would further the interests of judicial economy and be a more efficient outcome for the Court and the parties. Additional time is needed to allow those discussions to proceed.

4. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel and was informed that Plaintiff consents to the relief sought in this Motion.

5. A proposed order is attached.

WHEREFORE, Defendant's motion for a fourteen-day extension of time, up to and including November 23, 2021, to respond to the Complaint should be granted.

Dated: November 5, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Civil Division

 /s/ Peter M. Bryce
PETER M. BRYCE
Illinois Bar No. 6244216
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

*Attorney for Defendants*