UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL CARE MANGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-02161-JDB |

**[PROPOSED] ORDER**

Upon consideration of the defendants' Consent Motion for Extension of Time (the "Motion"), and for good cause shown, the Motion is hereby GRANTED.

It is hereby ORDERED that defendants' time to answer or otherwise respond to the complaint, ECF No. 1, is extended until December 7, 2021.


Dated: _____, 2021            _____
                                        Hon. John D. Bates
                                        UNITED STATES DISTRICT JUDGE