IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Case No. 21-cv-02161-JDB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pharmaceutical Care Management Association hereby gives notice of the voluntary dismissal of this action without prejudice.

                Respectfully submitted,

Dated:  December 1, 2021        /s/  Helgi C. Walker
                 Helgi C. Walker (D.C. Bar No. 454300)
                 Matthew S. Rozen (D.C. Bar No. 1023209)
                 Brian A. Richman (D.C. Bar No. 230071)
                 GIBSON, DUNN & CRUTCHER LLP
                 1050 Connecticut Avenue, N.W.
                 Washington, D.C.  20036
                 Telephone:  (202) 955-8500
                 Facsimile:  (202) 467-0539
                 HWalker@gibsondunn.com

                 *Attorneys for Plaintiff Pharmaceutical Care Management Association*